

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2016

No. 04-16-00105-CV

**IN THE INTEREST OF A.M.W., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1995EM501946
The Honorable Nick Catoe, Jr., Judge Presiding

## O R D E R

This is an appeal from an order foreclosing on a child support lien. The order was signed by the trial court on February 16, 2016. The appellant filed an affidavit of indigence and no contest was filed. The clerk's record was filed on April 19, 2016. The reporter's record was filed on June 6, 2016.

On April 11, 2016, appellant filed a document in which he asks this court to either (1) appoint appellate counsel to represent him in this appeal or (2) grant him an extension of time to file his brief to September 2016. This is appellant's second request for the appointment of appellate counsel in this appeal. We denied appellant's first request for appellate counsel on April 1, 2016. Appellant's requests for appellate counsel in this appeal and for an extension of time to file his brief are DENIED. However, we direct the clerk of the court to make a copy the clerk's record and the reporter's record and mail it to appellant.

Appellant's brief is due on **July 5, 2016**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court